■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTHA KIRBY, Appellant.—Appeal by the defendant from an amended judgment of the County Court, Orange County (Pano Patsalos, J.), rendered November 1, 1988, convicting her of criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the amended judgment is modified, on the law, by reversing the convictions for criminal possession of a weapon in the second degree and reckless endangerment in the first degree, vacating the sentences imposed thereon, and dismissing those counts of the indictment; as so modified, the amended judgment is affirmed.

We agree with the defendant's contention that the People failed to disprove the defense of justification to the reckless endangerment charge beyond a reasonable doubt *(see,* Penal Law § 35.20 [3]; *see generally, People v Wesley,* 76 NY2d 555; *People v Goetz,* 68 NY2d 96). The contents of the defendant's written statement to the police, which the People introduced into evidence, were sufficient as a matter of law to raise a reasonable doubt as to whether her actions were justified. Furthermore, under the circumstances of this case, the evidence failed to establish beyond a reasonable doubt that the defendant possessed the handgun with the intent to use it unlawfully against another *(see, People v Tejada,* 101 AD2d 757).

We have examined the contentions raised in the defendant's supplemental *pro se* brief. To the extent that the contentions can be reviewed on this record, we find that they do not warrant a reversal of her conviction for criminal possession of a weapon in the third degree. Bracken, J. P., Harwood, O'Brien and Ritter, JJ., concur.